# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | |
|---|---|
| BARRY W. THOMAS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ITRON, INC., et al, )<br>)<br>Defendants )<br>) | CASE NO. 3:05-CV-00509 |

## ORDER

**THIS MATTER IS BEFORE THE COURT** on Irving M. Brenner, Esq.'s Motion for Admission *pro hac vice* of Richard M. Moose. It appearing that Richard M. Moose is a member in good standing with the South Carolina Bar and that he will be appearing with members in good standing with the Bar of this Court, including Irving M. Brenner, the Court enters the following Order:

**IT IS THEREFORE, ORDERED** that:

(1) Irving M. Brenner Motion for Admission *pro hac vice* is GRANTED, and Richard M. Moose is ADMITTED to practice before the Bar of this Court in this particular case while appearing with Irving M. Brenner; and

(2) Richard M. Moose shall remit to the Clerk the required special admission fee of $100.00, if such fee has not already been paid.

Signed: June 22, 2006

David C. Keesler
United States Magistrate Judge