IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05cv509

| | | |
|---|---|---|
| Barry W. THOMAS, | ) | |
|     Plaintiff, | ) | |
| | ) | |
|     v. | ) | ORDER |
| | ) | |
| ITRON, INC., et al., | ) | |
|     Defendants. | ) | |
| | ) | |

## ORDER OF DISMISSAL

Upon joint motion of plaintiff Barry W. Thomas and defendant Itron, Inc., for an order of dismissal pursuant to a confidential settlement agreement, it is hereby ORDERED that the claims of plaintiff Barry W. Thomas against Itron, Inc., and all claims or counterclaims of Itron, Inc., against Barry W. Thomas, are DISMISSED with prejudice.

Each party shall bear its own costs and attorney fees attributable to the prosecution and defense of the dismissed claims.

Signed: November 5, 2006

Robert J. Conrad, Jr.
Chief United States District Judge